UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| CRESCENT CITY HARBOR DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>VESSEL LINDA DAWN, et al.,<br><br>Defendants. | Case No.  16-cv-02201-NJV<br><br>**ORDER ON MOTION TO FILE AMENDED ANSWER**<br><br>Re: Dkt. No. 12 |

On May 18, 2016, *pro se* Defendant Lopez filed what was docketed as an Answer (Doc. 12), based on the filing's responsive nature to the Complaint.  Contained within the Answer was a request for an extension of time to file an Answer and to retain counsel.  The court takes this as a Motion to File an Amended Answer under Federal Rule of Civil Procedure 15(a)(2) and will grant the Motion.

Accordingly, it is ORDERED that Defendant Lopez shall have 21 days from the date of this order to file an amended answer whether or not counsel is retained.

With this Order, the court is providing Defendant Lopez a copy of the Handbook for Pro Se Litigants.

**IT IS SO ORDERED**.

Dated: June 29, 2016

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRESCENT CITY HARBOR DISTRICT,<br>    Plaintiff,<br>    v.<br>VESSEL LINDA DAWN, et al.,<br>    Defendants. | Case No.  16-cv-02201-NJV<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee of the U.S. District Court, Northern District of California.

That on June 29, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marty R. Lopez
463 Childs Ave.
Crescent City, CA 95531


Dated: June 29, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Robert Illman, Law Clerk to the
Honorable NANDOR J. VADAS

2