United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| CRESCENT CITY HARBOR DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>VESSEL LINDA DAWN, et al.,<br><br>Defendants. | Case No. 16-cv-02201-NJV<br><br>**ORDER GRANTING APPLICATION FOR ISSUANCE OF WARRANT FOR ARREST OF VESSEL** |

TO THE CLERK OF THE COURT:

The court having received and reviewed Plaintiff's Request for Review along with the verified Complaint herein, hereby approves the request and directs that the requested Warrant be issued.

**IT IS SO ORDERED**.

Dated: June 29, 2016

NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRESCENT CITY HARBOR DISTRICT,<br>   Plaintiff,<br>   v.<br>VESSEL LINDA DAWN, et al.,<br>   Defendants. | Case No. 16-cv-02201-NJV<br><br>**CERTIFICATE OF SERVICE** |

   I, the undersigned, hereby certify that I am an employee of the U.S. District Court, Northern District of California.

   That on June 29, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marty R. Lopez
463 Childs Ave.
Crescent City, CA 95531


Dated: June 29, 2016


                                                                Susan Y. Soong
                                                                Clerk, United States District Court

                                                                By:_____
                                                                Robert Illman, Law Clerk to the
                                                                Honorable NANDOR J. VADAS

2