BLACK & RICE LLP
Robert N. Black, SBN 70178
*rblack@attyblack.com*
Martha D. Rice, SBN 262100
*mrice@attyblack.com*
Autumn E. Luna, SBN 288506
*aluna@attyblack.com*
The McNulty House
710 H Street
Crescent City, CA 95531
Tel:   707-464-7637
Fax:   707-464-7647

*Attorneys for Crescent City Harbor District*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA ~~SAN FRANCISCO~~ DIVISION

| | |
|---|---|
| CRESCENT CITY HARBOR DISTRICT,<br><br>       Plaintiff,<br><br>Vs.<br><br>F/V LINDA DAWN, Vessel Number 263115, and her engines and appurtenances, *in rem,* and MARTY R. LOPEZ, an individual, *in personam*,<br><br>       Defendants. | Civil Case No. 3:16-cv-02201-RMI<br><br><br><br>STIPULATION TO VACATE STATUS HEARING AND SET SETTLEMENT CONFERENCE; [~~PROPOSED~~] ORDER |

---

STIPULATION TO VACATE STATUS HEARING AND SET SETTLEMENT CONFERENCE;
[~~PROPOSED~~] ORDER- 1

The parties met and conferred on Friday, March 9, 2018. The parties agreed to vacate the Status Hearing scheduled for March 13, 2018. The parties are very close to settlement and will continue to work towards final settlement of all issues.

The parties were advised that the Court is available for a Settlement Conference on April 4, 2018 at 10:00 a.m., in the event that there are issues remaining at that time. The parties agree that if the case has not been settled prior to that date they will appear at that Settlement Conference in person.

Dated: March 12, 2018          Black & Rice LLP

                                       /s/ Autumn E. Luna
Autumn E. Luna, Attorney for Plaintiff
Crescent City Harbor District

                                       /s/ Marty R. Lopez
Marty R. Lopez, Defendant

The filer, Autumn E. Luna, attests that concurrence in the filing of this document has been obtained from each of the other signatories in accordance with Local Rule 5.1(i)(3).

NOW, THEREFORE, the Status Hearing scheduled for Tuesday, March 13, 2018 at 10:00 a.m. is hereby vacated and a Settlement Conference is hereby set for Wednesday, April 4, 2018 at 10:00 a.m. The parties will appear in person at the Settlement Conference.

IT IS SO ORDERED.

Dated: 3/13/2018

_____
UNITED STATES
Magistrate Judge